# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0883. REGINALD JOHNSON v. WELLS FARGO BANK, N.A.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Reginald Johnson appealed the magistrate court's decision to superior court. On October 9, 2014, the superior court entered judgment in favor of Wells Fargo Bank, and Johnson filed this direct appeal. We lack jusidiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1).  Because Johnson did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/05/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*